# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| STEVE SISOLAK, GOVERNOR OF NEVADA; AARON D. FORD, ATTORNEY GENERAL OF NEVADA; GEORGE TOGLIATTI, DIRECTOR OF THE NEVADA DEPARTMENT OF PUBLIC SAFETY; AND MINDY MCKAY, ADMINISTRATOR OF THE RECORDS, COMMUNICATIONS, AND COMPLIANCE DIVISION OF THE NEVADA DEPARTMENT OF PUBLIC SAFETY,<br><br>Appellants,<br><br>vs.<br><br>POLYMER80, INC.,<br><br>Respondent. | No. 83385<br><br>**FILED**<br><br>JAN 2 4 2022<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY ___S. Young___<br>DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

Appellants have filed a document titled "Notice of Mootness." In that document, appellants' state that this appeal should be dismissed as moot. No response has been filed. Accordingly, appellants' request that this appeal be dismissed is granted. This appeal is dismissed. *See* NRAP 42(b).

It is so ORDERED.

_____, C.J.

cc:   Hon. John Schlegelmilch, District Judge
      Attorney General/Carson City
      Attorney General/Las Vegas
      Simons Hall Johnston PC/Yerington
      Third District Court Clerk

22-02420